**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Noel RODRIGUES–SEDANO, aka Noel Rodriguez–Sedano aka Armando Ortiz–Ayon, Defendant—Appellant.**

**No. 05–30139.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Filed July 26, 2006.

Stephanie Whitaker, Esq., USSP—Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Eric R. Hultman, Dann and Meacham, Seattle, WA, for Defendant–Appellant.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Noel Rodrigues–Sedano appeals from his guilty-plea conviction and 121–month sentence for conspiracy to distribute 500 grams or more of methamphetamine and cocaine, in violation of 21 U.S.C. § 846.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Rodrigues–Sedano has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Rodrigues–Sedano has not filed a pro se supplemental brief.

Our independent review of the record, pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.